**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**NORBERTO MEDINA-RODRIGUEZ,**

**Plaintiff,**

**v.**  **CIVIL NO. 16-2589 (GAG)**

**CHINA CLASSIC RESTAURANT,**

**Defendants.**

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal at Docket No. 10, the Court hereby enters judgment **DISMISSING** all claims against Defendants **WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of November, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge